IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

WILLIE J. SHELLMAN, JR.,

      Appellant,

 v.
                             Case No. 5D22-717
                             LT Case No. 2000-CF-10120-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed June 21, 2022

3.800 Appeal from the Circuit Court
for Orange County,
Mark S. Blechman, Judge.

Willie J. Shellman, Jr., Milton, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.


    AFFIRMED.


LAMBERT, C.J., EVANDER and COHEN, JJ., concur.